**IT IS ORDERED as set forth below:**



Date: October 21, 2021

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| In re:<br><br>LILO N. BENZICRON,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11661 SDB |
| KIM BAKER,<br><br>        Plaintiff,<br><br>        v.<br><br>LILO N. BENZICRON,<br><br>        Defendant. | Adversary No. 19-01008 |

### ORDER ON DEFENDANT'S MOTION FOR PERMISSION TO APPEAR REMOTELY

      This matter came before the Court upon the Motion of Plaintiff seeking an Order for Permission to Appear Remotely at trial in the instant matter, presently set for October 21, 2021. For good cause shown and for the reasons set forth on the record, such Motion is hereby Ordered

GRANTED. Plaintiff shall be permitted to appear at trial remotely via video conferencing and/or such other means as the parties agree and/or as directed by further Order of this Court.

**END OF DOCUMENT**

Presented By:
/s/ Andrew A. Murdison
Andrew A. Murdison
Georgia Bar No. 687413
Attorney for Plaintiff
ANDREW A. MURDISON, P.C.
16 Ninth Street
Augusta, Georgia 30901
(706) 728-3455